NELSON P. COHEN
United States Attorney

SHAWN C.  FULLER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: shawn.fuller@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| THOMAS P. RANES, NOPENONE | ) | |
| DENNIS SHINE, DYLAN N. BALES, | ) | |
| CURTIS H. MCDONALD, KEVIN A. | ) | |
| BROWNING, ROBERT H. | ) | |
| MCDONALD, JOSHUA S. MURPHY, | ) | |
| JUSTIN KILLIAN, RODNEY W. | ) | |
| RHODEN, JAMES ROBERT RANES, | ) | |
| SAMUEL JOSEPH MATECHUK, | ) | |
|   a/k/a "Joe", MITCHELL S. | ) | |
| LEBLANC, a/k/a "Baldie", | ) | |
| DANIEL J. KNEITEL, a/k/a "Aussie", | ) | |
| a/k/a "Ozzy", KURTIS R. CROY, | ) | |
| a/k/a "the Photographer", and KYLE | ) | |
| MCDONALD-WOLOCHATIUK, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through

Shawn Fuller, Assistant U.S. Attorney, and hereby enters a substitution of counsel

replacing Mike Burke, Assistant U.S. Attorney, on behalf of the United States of

America.

All further pleadings and correspondence, etc.  in addition to counsel of

record shall be sent to the following address:

> Shawn Fuller
> Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-1500
> E-mail: shawn.fuller@usdoj.gov

RESPECTFULLY SUBMITTED on this 20th day of December, 2006, in

Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Shawn Fuller
> SHAWN FULLER
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: shawn.fuller@usdoj.gov

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 20, 2006, via:

(✔) ELECTRONIC NOTICE

**John M. Murtagh**
(Counsel for ▲ Thomas P. Ranes, Def. 1)
1101 W. 7th Ave.
Anchorage, AK  99501
Tel: 274-8664
Fax: 258-6419

**Michael Dieni**
(Counsel for ▲ Nopenon Dennis Shine, Def. 2)
601 W.  5th Ave., Suite 800
Anchorage, AK 99501
Tel: 646-3400
Fax: 646-3480

**Phillip P. Weidner**
(Counsel for ▲ Dylan N. Bales, Def. 3)
330 L St., Suite 200
Anchorage, AK 99501
Tel: 276-1200
Fax: 278-6571

**Robert M. Herz**
(Counsel for ▲ Joshua S. Murphy, Def. 7)
425 G Street, Suite 600
Anchorage, AK  99501
Tel:  (907) 277-7171
Fax: (907) 277-0281

**Scott Sterling**
(Counsel for ▲ James R. Ranes, Def. 10 )
851 E. Westpoint Drive, Ste. 201
Wasilla, AK 99654
Tel: (907) 376-8076
Fax: 907-376-8078

**Kevin F.  McCoy**
(Counsel for ▲ Nopenon Dennis Shine, Def. 2 )
601 W.  5th Ave., Suite 800
Anchorage, AK 99501
Tel: 646-3400
Fax: 646-3480

**William D. English**
(Counsel for ▲ Curtis McDonald, Def. 4)
310 K St., Ste. 200
Anchorage, AK 99501
Tele: 264-6722
Fax:  277-0712

**Rex Lamont Butler**
(Counsel for ▲ Kevin Browning, Def. 5)
745 W. 4th Ave., Suite 300
Anchorage, AK 99501
Tel: 272-1497
Fax: 276-3306

**Joe P. Josephson**
(Counsel for ▲ Robert McDonald, Def. 6)
912 W. 6th Avenue
Anchorage, AK 99501-2024
Tel: 276-0151
Fax: 276-0155

**Allan Beiswenger**
(Counsel for ▲ Justin Killian, Def. 8)
1101 W. 7th Avenue
Anchorage, AK  99501
Tel: (907) 868-1280
Fax: (907) 258-6419

**Michael Filipovic**
(Counsel for ▲Thomas P. Ranes, Def. 1 )
601 W.  5th Ave., Suite 800
Anchorage, AK 99501
Tel: 646-3400
Fax: 646-3480

**Thomas Wonnell**
(Counsel for ▲Rodney Rhoden, Def.9 )
2600 Denali St., Suite 460
Anchorage, AK 99503
Tel: 276-8008
Fax: 278-8571

s/ Frank V. Russo

**U.S. v. Ranes et al.**
**3:06-cr-041-RRB**